Form ks_13fmc  (Revised 04/30/2007)

## United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number: 12−22102

Chapter: 13

In re: (Name of Debtor)

John H Carmody
aka    John Hefley
aka    John Hornback−Carmody
8802 Slater
Overland Park, KS 66212

Kristin S Carmody
aka    Kristin S Hornback−Carmody
8802 Slater
Overland Park, KS 66212

| Entered By The Court 10/15/12 | **NOTICE TO CHAPTER 13 DEBTOR(S) THAT COURT HAS NOT RECEIVED CERTIFICATION REGARDING PERSONAL FINANCIAL MANAGEMENT** | **Filed By The Court** **10/15/12** Fred Jamison Clerk of Court US Bankruptcy Court |

A debtor may not receive a discharge if he or she fails to complete an instructional course concerning personal financial management and timely file the statement with the Court required by 11 U.S.C. § 1328(g)(1). This is different than the budget and credit counseling briefing required before filing bankruptcy.

The Court has no record that you have completed this required personal financial management course. This Notice is simply to warn you that if you fail to complete the course and file the statement before you make your final Plan payment in your case, the Court may be required to CLOSE your case without issuing a discharge. If your case is closed without a discharge and you seek to reopen it to file the certification of completion of the personal financial course, you will be required to pay the reopening fee.

Document 24

s/  Fred Jamison
Clerk, United States Bankruptcy Court