UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

IN RE:                        )
                              )    Case No. 12-22102
John Carmody                  )
Kristin Carmody               )    Chapter 13
                              )
        Debtors.              )
                              )

## NOTICE OF CHANGE OF ADDRESS OF CREDITOR

Comes now the Debtors, by counsel, to provide notice this 18th day of October, 2012 that the mailing address for creditor Citimortgage Inc. has changed:

1. Original Address:    Citimortgage Inc.
                        PO Box 9438, Dept 0251
                        Gaithersburg, MD 20898

2. New Address:         Citimortgage Inc
                        PO Box 6243
                        Sioux Falls, SD 57117-6243

                        RESPECTFULLY SUBMITTED,

                        /s/ Terry L. Lawson, Jr.
                        Terry L. Lawson, Jr., #53203
                        Attorney for Debtors
                        Lawson Law Center LLC
                        700 E. 8th Street, Suite 300
                        Kansas City, MO 64106
                        Phone: 816-802-6677
                        Fax: 816-802-6678
                        terry@llckc.com